# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JOHN G. HOULE

              V.              CASE NUMBER: 1:05-CV-999(GHL)

COMMISSIONER OF SOCIAL
SECURITY

[ ]        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]      **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT, remanding this matter to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. §405(g) as set forth in the Memorandum-Decision and Order of the Hon. George H. Lowe filed on September 25, 2007.

DATED:    September 25, 2007

                                                      Clerk of Court

LKB:lmp